

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2019

No. 04-19-00586-CR

Victor Raul **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CRF000047-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On November 18, 2019, we ordered that appellant provide written proof to this court by December 2, 2019 that appellant has requested the court reporter to prepare the reporter's record and that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) appellant is entitled to appeal without paying the reporter's fee. On November 27, 2019, appellant filed a motion to extend this deadline. We GRANT appellant's motion and ORDER that the deadline for appellant to provide written proof is extended to December 16, 2019. Further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court